THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Robert Allen
 Young, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2010-UP-333
 Submitted June 1, 2010  Filed June 28,
2010

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General A. West Lee, all of Columbia; and Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Robert Allen Young appeals his
 convictions for armed robbery and assault and battery with the intent to kill. 
 He contends the trial court erred in admitting evidence that he possessed a
 black t-shirt with the phrase "Snitches Get Stitches" printed on it. 
 Specifically, Young argues on appeal that the t-shirt constituted inadmissible
 character evidence.  However, this issue is not preserved for our review
 because trial counsel never objected to the admission of the evidence.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authority: State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d
 691, 693 (2003) ("In order for an issue to be preserved for appellate
 review, it must have been raised to and ruled upon by the trial judge.").  

AFFIRMED.[1]
FEW, C.J., THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.